JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
John H. Martin, Colo. Bar No. 32667
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
(303) 844-1383 (tel)
(303) 844-1350 (fax)
Email: john.h.martin@usdoj.gov

Julia S. Thrower, CA Bar No. 253472
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA  94105
(415) 744-6566 (tel)
(415) 744-6476 (fax)
Email: julie.thrower@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et alia, | ) ) |
| Plaintiffs, | ) Case No. 2:13-cv-1785-RFB-GWF ) |
| v. | ) ) |
| TOM VILSACK, in his official capacity as Secretary of the U.S. Department of Agriculture; et alia, | ) ) ) ) |
| Defendants. | ) ) |

**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF SUMMARY JUDGMENT BRIEFING DEADLINES**
**(Second Request)**

1

The parties – Plaintiffs Center for Biological Diversity, Maricopa Audubon Society, and Dr. Robin Silver and Defendants Tom Vilsack, Gregory Parham, Sally Jewell, and Dan Ashe, in their official capacities – hereby jointly submit this stipulation stating as follows:

1. On December 8, 2014, this Court approved a Joint Stipulation of the parties extending summary judgment briefing deadlines by one week. Doc. 27.  Pursuant to that stipulation Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment is presently due February 20, 2015.  Doc. 27. In their stipulation, the parties agreed that "in the event that changed circumstances necessitate revisions to this schedule, the parties will confer and jointly propose a revised schedule for the Court's review and approval or otherwise seek amendment upon a showing of good cause." Id. ¶ 4.  Plaintiffs filed their Motion for Summary Judgment on December 22, 2014.  Doc. No 28.

2. On February 11, 2015, Defendants' lead counsel conferred with Plaintiffs' counsel to request a one-week extension for filing Defendants' opening summary judgment brief, through and including February 27, 2015, based on unanticipated intervening briefs in other cases and personal obligations, as well as a need for additional time to coordinate the review of Defendants' filing with the multiple Defendants.  Plaintiffs' counsel consented to the one-week extension, with the request that the subsequent briefing deadlines in the case be extended as well to account for other professional obligations and good cause shown.

3. Accordingly, counsel for all parties stipulate that good cause exists for an extension in this matter, and respectfully request that the Court approve the following proposed briefing schedule:

| Action | New Date |
| --- | --- |
| Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | February 27, 2015 |

| | |
|---|---|
| (50 pages) | |
| Plaintiffs shall file their combined opposition and reply to Defendants' cross-motion (30 pages) | April 8, 2015 |
| Defendants shall file their reply (20 pages) | May 14, 2015 |

4. The parties agree that, in the event that further changed circumstances or good cause necessitates further revision to this schedule, the parties will confer and jointly propose a further revised schedule for the Court's review and approval.

Respectfully submitted this 12th day of February, 2015.

>JOHN C. CRUDEN
>Assistant Attorney General
>
>*/s/ John H. Martin*
>John H. Martin, Colo. Bar No. 32667
>(NV Bar No. 6048 currently inactive)
>U.S. Department of Justice
>Environment & Natural Resources Division
>Wildlife & Marine Resources Section
>999 18th St., South Terrace Suite 370
>Denver, CO 80202
>(303) 844-1383 (tel)
>(303) 844-1350 (fax)
>Email: john.h.martin@usdoj.gov
>
>Julia S. Thrower, CA Bar No. 253472
>Natural Resources Section
>301 Howard Street, Suite 1050
>San Francisco, CA  94105
>(415) 744-6566 (tel)
>(415) 744-6476 (fax)
>Email: julie.thrower@usdoj.gov
>
>Attorneys for Defendants
>
>*/s/ by permission given 2/12/15*
>William S. Eubanks II
>(D.C. Bar No. 987036)
>(Admitted Pro Hac Vice)

1
2
3
4
5
6
7
8

Eric R. Glitzenstein
(D.C. Bar No. 358287)
(Admitted Pro Hac Vice)
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, DC 20009
(202) 588-5206 / (202) 588-5049 (fax)
beubanks@meyerglitz.com

Nevada Counsel: Henry K. Egghart
(Nevada Bar No. 3401 226 Hill Street
Reno NV 89501
(775)329-2705
(775)324-4362 Fax
hegghart@nvbell.net

9

Attorneys for Plaintiffs

10
11

IT IS SO ORDERED:

12
13
14

_____
RICHARD F. BOULWARE, II
United States District Judge

15

DATED:  March 2, 2015.

16
17
18
19
20
21
22
23
24
25
26

4

**Proof of Service**

I, John H. Martin certify that the following individuals were served with this Stipulation on this date by the below identified method of service:

**Electronic Case Filing:**

William S. Eubanks II - beubanks@meyerglitz.com

Eric R. Glitzenstein - eglitzenstein@meyerglitz.com

Henry K. Egghart - hegghart@nvbell.net

DATED this 12th day of February 2015.

*/s/ John Martin*
John H. Martin
Trial Attorney