William S. Eubanks II
D.C. Bar No. 987036 (admitted *pro hac vice*)
Eric R. Glitzenstein
D.C. Bar No. 358287 (admitted *pro hac vice*)

Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, DC 20009
(202) 588-5206 / (202) 588-5049 (fax)
beubanks@meyerglitz.com
eglitzenstein@meyerglitz.com

Nevada Counsel:  Henry K. Egghart
Nevada Bar No. 3401
226 Hill Street
Reno NV 89501
(775) 329-2705 / (775) 324-4362 (fax)
hegghart@nvbell.net

Attorneys for Plaintiffs

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
John H. Martin, Colo. Bar No. 32667
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
(303) 844-1383 (tel)
(303) 844-1350 (fax)
Email: john.h.martin@usdoj.gov

Julia S. Thrower, CA Bar No. 253472
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA  94105
(415) 744-6566 (tel)
(415) 744-6476 (fax)
Email: julie.thrower@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**Las Vegas Division**

| | |
|---|---|
| Center for Biological Diversity, *et al.*,        ) | |
|        ) | |
|        Plaintiffs,        ) | |
|        ) | |
|        v.        ) | Civ. No.  2:13-cv-1785-RFB-GWF |
|        ) | |
| Tom Vilsack, *et al.*,        ) | |
|        ) | |
|        Defendants.        ) | |

**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION**
**OF SUMMARY JUDGMENT BRIEFING DEADLINES**
**(Third Request)**

The parties – Plaintiffs Center for Biological Diversity, Maricopa Audubon Society, and

Dr. Robin Silver and Defendants Tom Vilsack, Gregory Parham, Sally Jewell, and Dan Ashe, in

their official capacities – hereby jointly submit this stipulation stating as follows:

       1.        On December 8, 2014, this Court approved a Joint Stipulation of the parties

extending summary judgment briefing deadlines by one week. *See* ECF No. 24.  On March 2,

2015, this Court approved a second Joint Stipulation of the parties extending the remaining

summary judgment briefing deadlines by two weeks. *See* ECF No. 33.  Pursuant to the latter

stipulation, Plaintiffs' combined opposition to Defendants' cross-motion for summary judgment

and reply in support of Plaintiffs' motion for summary judgment is presently due April 8, 2015.

*See id.*  In their stipulation, the parties agreed that "in the event that further changed

circumstances or good cause necessitates further revision to this schedule, the parties will confer

and jointly propose a further revised schedule for the Court's review and approval." *Id.* ¶ 4.

Defendants filed their combined cross-motion for summary judgment and opposition to

Plaintiffs' motion for summary judgment on February 27, 2015.  *See* ECF No. 30.

2

2.        On March 24, 2015, Plaintiffs' lead counsel conferred with Defendants' counsel to request an extension for filing Plaintiffs' combined opposition/reply brief, based on Plaintiffs' counsel's other professional obligations, including unanticipated intervening briefs in other cases with non-extendable deadlines, as well as an intervening mandatory court appearance requiring out-of-office travel.  Upon review of their calendars, counsel for all parties agreed to extend the filing deadline for Plaintiffs' combined opposition/reply brief to April 29, 2015 (thus extending Defendants' reply brief deadline to June 4, 2015).  Hence, Defendants have consented to the following proposed schedule, and the parties agree that good cause has been shown here based on changed circumstances.

3.        Accordingly, counsel for all parties stipulate that good cause exists for an extension in this matter, and respectfully request that the Court approve the following proposed briefing schedule, which includes an extension for all remaining deadlines:

| ACTION REQUIRED | DATE |
|---|---|
| Plaintiffs shall file their combined opposition and reply to Defendants' cross-motion (30 pages) | April 29, 2015 |
| Defendants shall file their reply (20 pages) | June 4, 2015 |

4.        The parties agree that, in the event that further changed circumstances or good cause necessitates further revision to this schedule, the parties will confer and jointly propose a further revised schedule for the Court's review and approval.

Respectfully submitted,

    /s/
William S. Eubanks II
(D.C. Bar No. 987036)
(Admitted Pro Hac Vice)

3

Eric R. Glitzenstein
(D.C. Bar No. 358287)
(Admitted Pro Hac Vice)

Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, DC 20009
(202) 588-5206 / (202) 588-5049 (fax)
beubanks@meyerglitz.com


_____/s/_____
Nevada Counsel:  Henry K. Egghart
(Nevada Bar No. 3401
226 Hill Street
Reno NV 89501
(775)329-2705
(775)324-4362 Fax
hegghart@nvbell.net

Attorneys for Plaintiffs

JOHN C. CRUDENAssistant Attorney General

*/s/ with permission*
John H. Martin, Colo. Bar No. 32667
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
(303) 844-1383 (tel)
(303) 844-1350 (fax)
Email: john.h.martin@usdoj.gov

Julia S. Thrower, CA Bar No. 253472
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA  94105
(415) 744-6566 (tel)
(415) 744-6476 (fax)
Email: julie.thrower@usdoj.gov

Attorneys for Defendants

4

IT IS SO ORDERED:

_____
  RICHARD F. BOULWARE, II
 UNITED STATES DISTRICT JUDGE.


DATED: this 26th day of March, 2015.