JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
JOHN H. MARTIN, Colo. Bar No. 32667
Nevada Bar No. 6048 (currently inactive)
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
(303) 844-1383 (tel)
(303) 844-1350 (fax)
Email: john.h.martin@usdoj.gov

JULIA S. THROWER, CA Bar No. 253472
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA  94105
(415) 744-6566 (tel)
(415) 744-6476 (fax)
Email: julie.thrower@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et alia, <br><br>            Plaintiffs, <br><br>      v. <br><br> TOM VILSACK, in his official capacity as Secretary of the U.S. Department of Agriculture; et alia, <br><br>            Defendants. | Case No. 2:13-cv-1785-RFB-GWF |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Julia S. thrower herby withdraws as counsel for Defendants in this action, and requests that no further leadings and pepers be served upon him.  John Martin of the U.S. Department of justice will continue to represent Defendants in this ation.

Repectfully submitted this 12th day of July 2016.

        JOHN CRUDEN
        Assitant Attorney General
        Environment & Natural Resources Division

        *s/ Julia Thrower*
        JULIA S. THROWER
        Trial Attorney
        Natural Resources Section
        301 Howard Street, Suite 1050
        San Francisco, CA  94105
        (415) 744-6566
        Julie.thrower@usdoj/.gov

**PROOF OF SERVICE**

I hereby certify that on July 11, 2016, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system, which includes counsel of record for all parties in the case.

        *s/ Julia Thrower*
        JULIA S. THROWER
        Attorney for Defendants

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 13, 2016